# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 15-5016** | **September Term, 2014** |
| | **1:11-cv-00766-ABJ** |
| | **Filed On:** February 26, 2015 |

Christopher Van Hollen, Jr.,

    Appellee

    v.

Federal Election Commission and Hispanic Leadership Fund,

    Appellees

Center for Individual Freedom,

    Appellant

------------------------------

Consolidated with 15-5017

## O R D E R

    Upon consideration of the uncontested motion to allow appellants to file separate briefs, it is

    **ORDERED** that the following briefing schedule and format apply in these consolidated cases:

| | |
|---|---|
| Brief for Appellant Center for Individual Freedom (not to exceed 10,000 words) | 04/10/15 |
| Brief for Appellant Hispanic Leadership Fund (not to exceed 10,000 words) | 04/10/15 |
| Joint Appendix | 04/10/15 |
| Brief for Appellee Van Hollen (not to exceed 14,000 words) | 05/11/15 |
| Reply Briefs (not to exceed 5,000 words each) | 05/26/15 |

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 15-5016**                                    **September Term, 2014**

    To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms.  While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known.  See <u>D.C. Circuit Handbook of Practice and Procedures</u> 41 (2013); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

    Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due.  Filing by mail may delay the processing of the brief.  Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail.  See Fed. R. App. P. 25(a).  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  See D.C. Cir. Rule 28(a)(8).

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

BY:    /s/
          Robert J. Cavello
          Deputy Clerk