# United States Court of Appeals
### For The District of Columbia Circuit

———————

| | |
|---|---|
| **No. 15-5016** | **September Term, 2014** |
| | 1:11-cv-00766-ABJ |
| | Filed On: March 18, 2015 |

Christopher Van Hollen, Jr.,

    Appellee

    v.

Federal Election Commission and Hispanic Leadership Fund,

    Appellees

Center for Individual Freedom,

    Appellant

------------------------------
Consolidated with 15-5017

**O R D E R**

Upon consideration of the unopposed motion to amend briefing schedule, it is

**ORDERED** that the motion be granted. The brief for the Federal Election Commission is due May 11, 2015.

                        FOR THE COURT:
                        Mark J. Langer, Clerk

              BY:    /s/
                        Robert J. Cavello
                        Deputy Clerk